**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6288**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

       versus

SAMUEL SCALLIO,

                                 Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, District Judge. (CR-85-508-HAR)

———————

Submitted: May 25, 2000            Decided: June 6, 2000

———————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Samuel Scallio, Appellant Pro Se. Barbara Slaymaker Sale, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel Scallio appeals from the district court's order denying his motion for reduction of sentence pursuant to Fed. R. Crim. P. 35(a). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>United States v. Scallio</u>, No. CR-85-508-HAR (D. Md. Jan. 28, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on January 27, 2000, the district court's records show that it was entered on the docket sheet on January 28, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2